# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| ERIN WATT, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 3:14-cv-01441 |
| | ) | |
| v. | ) | JUDGE SHARP |
| | ) | |
| AURELIO GALLI, ROGER CONE, | ) | MAGISTRATE JUDGE GRIFFIN |
| MARK WALLACE, JEFFREY R. | ) | |
| BALSER, NICHOLAS S. ZEPPOS, | ) | |
| VANDERBILT UNIVERSITY | ) | |
| SCHOOL OF MEDICINE and | ) | |
| VANDERBILT UNIVERSITY, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon stipulation of the parties, pursuant to the provisions of Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby ORDERED that all of the Plaintiff's claims against the individual Defendants, Nicholas S. Zeppos and Jeffrey R. Balser, are dismissed with prejudice. The claims against Roger Cone and Mark Wallace are also dismissed with prejudice except for the claim for negligent hiring and supervision (Count VII), which is dismissed without prejudice.

ENTERED this 52yj "qh'Lxn{."42360

_____
KEVIN H. SHARP
United States District Judge

APPROVED FOR ENTRY:

s/ Jonathan L. Miley  
Jonathan L. Miley (BPR # 022528)  
jlmileylaw@aol.com  
2225 Grantland Avenue  
Nashville, TN 37204  
(615) 306-6067  

*Attorney for Plaintiff*

s/William N. Ozier  
William N. Ozier (BPR #003409)  
bozier@bassberry.com  
Tim K. Garrett (BPR #0012083)  
tgarrett@bassberry.com  
L. Lymari Cromwell (BPR #027405)  
lcromwell@bassberry.com  
BASS, BERRY & SIMS PLC  
150 Third Avenue South, Suite 2800  
Nashville, Tennessee 37201  
(615) 742-6232  

-and-

Leona Marx (BPR # 011959)  
Associate General Counsel  
Vanderbilt University  
2100 West End Avenue  
Suite 750  
Nashville, Tennessee 37203  

*Attorneys for Defendants*

13324755.1